■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL VELLA, Appellant. [910 NYS2d 383]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this court dated February 23, 1998 (*People v Vella*, 247 AD2d 642 [1998]), affirming a judgment of the County Court, Nassau County, rendered March 9, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Skelos, JJ., concur.